

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| GEORGE RAYMOND THOMAS | CIVIL ACTION NO. 11-0408 |
|---|---|
| -vs- | JUDGE DRELL |
| TOWN OF JONESVILLE, ET AL | MAGISTRATE JUDGE KIRK |

### ORDER OF RECUSAL

The undersigned must recuse himself from this case. The matter is referred to Chief Judge Robert G. James for reassignment.

SIGNED on this 8th day of September, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE